UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARIE ROGERS,

                    Plaintiff(s),

-v-                                         No. 09 Civ. 583 (LTS)

NYC DEPARTMENT OF EDUCATION,

                    Defendant(s).
-------------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

## ORDER

The Initial Pretrial Conference scheduled for June 8, 2009, is rescheduled for July 1, 2009, at 11:15 a.m. in Courtroom 11C.

Dated: New York, New York
         May 22, 2009

                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge